

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-08-00056-CR
_____

MALCOLM GEORGE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 114th Judicial District Court
Smith County, Texas
Trial Court No. 114-2212-07

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Malcolm George was assessed two thirty-five-year sentences for aggravated assaults in Smith County[1] based on threats to use a deadly weapon against Stephanie Veasey and her seventeen-year-old son, Jonathan Veasey. In separate appeals, George alleges that, in both convictions, the evidence is legally and factually insufficient to support the verdict. Since both assaults occurred during one time period, we have discussed the facts of the cases in our opinion in cause number 06-08-00055-CR. We hereby incorporate that factual discussion in this opinion.

Both cases were tried together and the points on appeal are identical. Accordingly, for the reasons stated in *George v. State*, cause number 06-08-00055-CR, we resolve the issues in this appeal in favor of the State, affirm the trial court's judgment, and reform the written sentence in this case to conform with the oral judgment pronounced at trial: thirty-five years' confinement to run concurrently with the sentence in cause number 06-08-00055-CR.


Josh R. Morriss III
Chief Justice


Date Submitted:     September 29, 2008
Date Decided:       October 22, 2008

Do Not Publish

---

[1]This case has been transferred to this Court as part of the Texas Supreme Court's docket equalization program.